Judge: Timothy W. Dore
Chapter: 13
Hearing Date: October 04, 2017
Hearing Time: 9:30 a.m.
Hearing Location:
    U.S. Bankruptcy Court
    700 Stewart St #8106
    Seattle, WA 98101
Response Date: September 27, 2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

PEGGY J HOUGARDY,

    Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 16-13219-TWD

RESPONSE TO MOTION FOR VOLUNTARY DISMISSAL

K. Michael Fitzgerald, Chapter 13 Trustee, responds to the debtor's Motion for Voluntary Dismissal (ECF No. 60):

The Trustee does not necessarily oppose the debtor's motion, but the debtor's motion has two defects:

1) The debtor did not include a proposed order, as required. Local Bankr. 9013-1(d)(1)(D). The Trustee and creditors should be able to see the debtor's proposed form of order in the event they have any objection to the form.

2) There is no indication on the docket that the debtor served her motion. In any proceeding which is to be accorded finality, due process requires notice reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections. *Mullane v. Central Hanover Bank & Trust Co. et al.,* 339 U.S. 306, 314 (1950).

WHEREFORE, the Chapter 13 Trustee requests that the Court deny the debtor's Motion for Voluntary Dismissal.

Dated this 6th day of September 2017

*/s/ Jason Wilson-Aguilar*, WSBA #33582 for
K. MICHAEL FITZGERALD
Chapter 13 Trustee

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Case 16-13219-TWD    Doc 61    Filed 09/06/17    Ent. 09/06/17 08:45:54    Pg. 1 of 1